BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
TEL: (916) 554-2791
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:12-CR-00429-KJM |
| Plaintiff, | ) |
| v. | ) APPLICATION AND ORDER FOR MONEY JUDGMENT |
| GLORIA HAGEMANN, | ) |
| Defendant. | ) |

On June 26, 2013, defendant Gloria Hagemann entered a guilty plea to Count One of the Indictment, which charges her with theft of government property in violation of 18 U.S.C. § 641.

As part of her plea agreement with the United States, defendant Gloria Hagemann agreed to forfeit voluntarily and immediately up to $92,681.90, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 641, to which she has pled guilty. See Defendant Hagemann's Plea Agreement ¶ II.F.  Plaintiff hereby applies for entry of a money judgment as follows:

1.  Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Gloria Hagemann in the amount of $92,681.90.

/////

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Gloria Hagemann's conviction for violating 18 U.S.C. § 641 (Count One).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED:  11/5/13

BENJAMIN B. WAGNER
United States Attorney

 /s/ Christopher S. Hales
CHRISTOPHER S. HALES
Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Gloria Hagemann in the amount of $92,681.90.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

DATED:  November 6, 2013.

UNITED STATES DISTRICT JUDGE