PHILLIP A. TALBERT
United States Attorney
Miriam R. Hinman
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2785
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>GLORIA HAGEMANN,<br><br>                        Defendant. | CASE NO. 2:12-CR-00429-KJM<br><br>STIPULATION AND REQUEST FOR PROBATION RECORDS; ORDER<br><br>DATE: January 10, 2018<br>TIME: 9 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    This Court signed a probation petition from Probation Officer Gelareh Farahmand on November 29, 2017.

    2.    By previous order, the Evidentiary Hearing in this matter was set for January 10, 2018.

    3.    By a previous stipulation, the United States moved to continue the Evidentiary Hearing until January 24, 2018.

    4.    By this stipulation, the United States now moves for an order authorizing the probation office to disclose to government and defense counsel any and all documents related to the charges in the

1

petition that are in the possession of the probation office, including chronological reports and the bank and credit records referenced in the petition.

    5.    Defendant joins in this request.

IT IS SO STIPULATED.

Dated: December 22, 2017　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ Miriam R. Hinman
　　　　　　　　　　　　　　　　　　　　　　Miriam R. Hinman
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: December 22, 2017　　　　　　　　　　/s/ Jerome Price
　　　　　　　　　　　　　　　　　　　　　　Jerome Price
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　Gloria Hagemann

**ORDER**

IT IS SO ORDERED this 8th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE